IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARY HARVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2207-KHV-JTR |
| ) | |
| JO ANNE BARNHART, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING ATTORNEY'S FEES**
**UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $5,500.00. The parties agree, and the Court finds, that Plaintiff should be reimbursed for costs of $250.00 from the Judgment Fund administered by the Treasury Department.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees and expenses under the EAJA in the amount of **$5,500.00**, payable to Plaintiff's counsel.

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of **$250.00** to be paid from the Judgment Fund administered by the Treasury Department, payable to Plaintiff's counsel.

     IT IS SO ORDERED.

Dated this 28th day of June, 2006.

                                              s/ Kathryn H. Vratil
                                              KATHRYN H. VRATIL
                                              United States District Judge

APPROVED BY:

s/ Ross E. Stubblefield
ROSS E. STUBBLEFIELD, KS Bar #15409
Midland Professional Associates
2307 South Outer Road, Suite 207
Blue Springs, Missouri 64015
816-220-8200
816-228-6576 (facsimile)
ross@midlandgrp.com

Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney


s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ks. S.Ct. No. 14225
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: Chris.Allman@usdoj.gov

Attorneys for the United States